```
 1  BRIAN E. LUNT, ESQ.
    Nevada Bar No. 11189
 2  EDWARD M. BERNSTEIN & ASSOCIATES
    500 South Fourth Street
 3  Las Vegas, Nevada  89101
 4  Tel:    (702) 471-5624
    Fax:    (702) 385-4640
 5  blunt@edbernstein.com
    *Attorney for Plaintiff*
 6
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
***

| | |
|---|---|
| BRETT H. HANSEN, an individual, | CASE NO.: 2:17-cv-02543-JAD-VCF |
| Plaintiff, | |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive, | |
| Defendants. | |

## NOTICE OF CHANGE OF COUNSEL

PLEASE TAKE NOTICE that BRIAN E. LUNT, ESQ. is handling the above-captioned matter for EDWARD M. BERNSTEIN & ASSOCIATES, in place of LISA J. DANIELS, ESQ., who is no longer with the Firm.

DATED this 16th day of October, 2017.

EDWARD M. BERNSTEIN & ASSOCIATES

By: _____
BRIAN E. LUNT, ESQ.
Nevada Bar No. 11189
500 South Fourth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:   10-17-2017

EDWARD M.
BERNSTEIN
& ASSOCIATES
ATTORNEYS AT LAW
500 SO. FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 240-0000

1

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5 of this Court, I certify that I am an employee of Edward M. Bernstein & Associates and that on this 16TH day of October, 2017, a true and correct copy of the foregoing **NOTICE OF CHANGE OF COUNSEL** was e-filed via CM/ECF on the following parties registered for service:

George M. Ranalli, Esq.
Sean Forbush, Esq.
RANALLI ZANIEL FOWLER & MORAN, LLC
2400 West Horizon Ridge Parkway
Henderson, Nevada 89052
Tel.: (702) 477-7774
Fax: (702) 477-7778

*Attorneys for Defendant*
*STATE FARM MUTUAL AUTOMOBILE*
*INSURANCE COMPANY*

_____
An employee of Edward M. Bernstein & Assoc.

EDWARD M.
BERNSTEIN
& ASSOCIATES
ATTORNEYS AT LAW
500 SO. FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 240-0000

2